O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11

12   RENOIR VINCENT VALENTI,            Case No. 2:18-cv-02199-CAS (SHK)

13                        Petitioner,
                                        **ORDER ACCEPTING FINDINGS**
14            v.                        **AND RECOMMENDATION OF**
                                        **UNITED STATES MAGISTRATE**
15   PATRICK COVELLO, Warden            **JUDGE**

16                       Respondent.

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

19   relevant records on file, and the Report and Recommendation of the United States

20   Magistrate Judge ("R&R").  The Court has engaged in de novo review of those

21   portions of the R&R to which Petitioner has objected.  The Court accepts the

22   findings and recommendation of the Magistrate Judge.

23        IT IS THEREFORE ORDERED that the Petition be DENIED and that

24   Judgment be entered dismissing this action with prejudice.

25

26   Dated: February 11, 2022

27                                      HONORABLE CHRISTINA A. SNYDER
                                        United States District Judge
28