JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENOIR VINCENT VALENTI,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>PATRICK COVELLO, Warden<br><br>　　　　　　　Respondent. | Case No. 2:18-cv-02199-CAS (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 11, 2022

　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　United States District Judge